**Order filed April 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01046-CV
_____

**JOHN PAYNE SMITH, Appellant**

**V.**

**ELSA ISELA JACQUEZ-SMITH, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30875**

## O R D E R

Appellant's brief was due March 25, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **May 9, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM